■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL ROSADO, Also Known as ANTHONY LOPEZ, Appellant. [696 NYS2d 698] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered April 10, 1997, convicting him of conspiracy in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Where different inferences can be reasonably drawn from the evidence produced at trial, the question of whether a particular person is an accomplice is a question of fact for the jury (*see, People v Cobos,* 57 NY2d 798; *People v Jeffries,* 122 AD2d

281; *People v Tusa,* 137 AD2d 151). Here, the court properly so charged, and further instructed the jury that accomplice testimony must be corroborated.

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80, 86).

The defendant's remaining contentions are without merit. S. Miller, J. P., Sullivan, Altman and McGinity, JJ., concur.